■ In the Matter of FREDERICK T., Appellant. NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, Respondent.

[705 NYS2d 319] —Appeal unanimously dismissed without costs (*see, Matter of Kale F.,* 269 AD2d 832). (Appeal from Order of Monroe County Family Court, Miller, J.—Placement.) Present—Pigott, Jr., P. J., Pine, Wisner and Hurlbutt, JJ.